TED MECHTENBERG (SBN: 219602)
DAVEGA FISHER MECHTENBERG LLP
1567 Spinnaker Drive, Suite 201
Ventura, CA 93001
Telephone: (805) 500-6878
Facsimile: (877) 535-9358
Email: ted@mdmflaw.com

Attorneys for Plaintiffs, CINDY CICAIROS and LYNN RISINGER

PAUL M. GLEASON (SBN: 155569)
JING TONG (SBN: 285061)
GLEASON & FAVAROTE, LLP
4014 Long Beach Blvd., Suite 300
Long Beach, California 90807
Telephone:   (213) 452-0510
Facsimile:   (213) 452-0514
pgleason@gleasonfavarote.com
jtong@gleasonfavarote.com

Attorneys for Defendant, TRANSDEV ALTERNATIVE SERVICES, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Cindy Cicairos and Lynn Risinger,<br><br>    Plaintiffs,<br><br>  v.<br><br>Transdev Alternative Services, Inc., and Does 1-10, inclusive,<br><br>    Defendants. | Case No. 3:21-cv-10084-VC<br><br>**JOINT STIPULATION TO CONTINUE PRE-SETTLEMENT CONFERENCE AND ORDER**<br><br>Date:    May 3, 2022<br>Time:    9:30 AM<br>Judge:   Hon. Donna M. Ryu<br>Ctrm:    4, 3rd Floor<br><br>State Action Filed:  November 22, 2021<br>Removal Filed:       December 30, 2021<br>Trial Date:          September 25, 2023 |

**TO THE CLERK OF THE ABOVE ENTITLED COURT:**

The parties to the above-captioned matter, by and through their respective attorneys of record, HEREBY SUBMIT THE FOLLOWING JOINT STIPULATION:

WHEREAS, on April 19, 2022 counsel for defendant Transdev Alternative Services, Inc. ("Defendant") received notice that new counsel from the firm of Husch Blackwell, LLP ("New Defense Counsel") would be substituting into the case as counsel for Defendant;

WHEREAS, on April 22, 2022, the Court issued a Clerk's Notice convening a pre-settlement conference call on May 3, 2022 at 9:30 a.m. to discuss the timing and preparation for a settlement conference (the "Notice");

WHEREAS, current defense counsel has transferred the case file for this matter to New Defense Counsel;

WHEREAS, to provide New Defense Counsel time to get acquainted with this matter and for the substitution of attorney papers to be filed, Plaintiffs Cindy Cicairos and Lynn Risinger and Defendant Transdev Alternative Services, Inc., agree to continue the pre-settlement conference that is scheduled for May 3, 2022 at 9:30 a.m. to May 26, 2022 at 9:30 a.m.

NOW THEREFORE, it is HEREBY STIPULATED AND AGREED by the parties that the pre-settlement conference call set for May 3, 2022 at 9:30 a.m. should be continued to May 26, 2022 at 9:30 a.m. so that New Defense Counsel has time to review the case and for the substitution of attorney papers to be filed. Current defense counsel will give notice of the continuance to New Defense Counsel, and should the substitution of attorney papers not be filed by May 26, 2022, current defense counsel will appear for the conference.

Dated: April 29, 2022

DAVEGA FISHER MECHTENBERG LLP
TED MECHTENBERG

By: /s/ Ted Mechtenberg
Ted Mechtenberg

Attorneys for Plaintiffs, CINDY CICAIROS and LYNN RISINGER

Dated: April 29, 2022

GLEASON & FAVAROTE, LLP
PAUL M. GLEASON
JING TONG

By: /s/ Jing Tong
Jing Tong

Attorneys for Defendant, TRANSDEV ALTERNATIVE SERVICES, INC.

## ORDER

Based on the stipulation, the pre-settlement conference call set for May 3, 2022 at 9:30 a.m. is continued to May 26, 2022 at 9:30 a.m.  Should the substitution of attorney papers not be filed by May 26, 2022, current defense counsel will appear for the pre-settlement conference.  Counsel will receive the call-in information via e-mail from Judge Ryu's courtroom deputy.

**IT IS SO ORDERED.**

Dated:  May 2, 2022



Hon. Donna M. Ryu
U.S. Magistrate Judge

# PROOF OF SERVICE

I, Jing Tong, declare:

I am and was at the time of the service mentioned in this declaration, employed in the County of Los Angeles, California. I am over the age of 18 years and not a party to the within action. My business address is Gleason & Favarote, LLP, 4014 Long Beach Blvd., Suite 300, Long Beach, CA 90807.

On April 29, 2022, I served a copy(ies) of the following document(s):
**JOINT STIPULATION TO CONTINUE PRE-SETTLEMENT CONFERENCE AND [PROPOSED] ORDER**

on the parties to this action as follows:

| Attorney | Party(ies) Served | Method of Service |
|---|---|---|
| Ted Mechtenberg<br>DAVEGA FISHER MECHTENBERG LLP<br>1567 Spinnaker Drive, Suite 201<br>Ventura, CA 93001<br>Telephone: (805) 500-6878<br>Facsimile: (877) 535-9358<br>Email: ted@mdmflaw.com | Attorneys for Plaintiffs, CINDY CICAIROS and LYNN RISINGER | CM/ECF System |

☒ **[BY CM/ECF SYSTEM]** I caused the above-referenced document(s) to be sent by electronic transmission to the Clerk's Office using the CM/ECF System for filing which generated a Notice of Electronic Filing to the CM/ECF registrants in this case.

I declare that I am a member of the bar of this court. I declare under penalty of perjury under the laws of the United States that the above is true and correct, and that this declaration was executed on April 29, 2022, at Long Beach, California.

/s/ Jing Tong
Jing Tong