TED MECHTENBERG (SBN: 219602)
DAVEGA FISHER MECHTENBERG LLP
1567 Spinnaker Drive, Suite 201 Ventura, CA 93001
Telephone: (805) 500-6878
Facsimile: (877) 535-9358
Email: ted@mdmflaw.com

Attorneys for Plaintiffs
CINDY CICAIROS and LYNN RISINGER

KATHY M. HUYNH (SBN 233314)
Kathy.Huynh@huschblackwell.com
HUSCH BLACKWELL LLP
1999 Harrison St., Suite 700
Oakland, CA 94612
*Telephone:* 510.768.0650 / *Facsimile:* 510.768.0651

Attorneys for Defendant
TRANSDEV ALTERNATIVE SERVICES, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Cindy Cicairos and Lynn Risinger,<br><br>Plaintiff,<br><br>v.<br><br>Transdev Alternative Services, Inc., and Does 1-10, inclusive,<br><br>Defendants. | Case No. 3:21-cv-10084-VC<br><br>**ORDER ON NOTICE OF RESOLUTION AND JOINT STIPULATION TO VACATE DECEMBER 19, 2022 SETTLEMENT CONFERENCE** |

# ORDER

Having reviewed and considered the Parties' Notice of Resolution and Joint Stipulation to Vacate the December 19, 2022 Settlement Conference, the Court hereby orders that the December 19, 2022 Settlement Conference and its corresponding deadlines are stricken.

**IT IS SO ORDERED.**

Dated: 11/29/2022



DONNA M. RYU
United States Magistrate Judge

ORDER ON NOTICE OF RESOLUTION AND JOINT STIPULATION TO VACATE DECEMBER 19, 2022 SETTLEMENT CONFERENCE
HB: 4885-7711-8783.1