UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CINDY CICAIROS, et al.,

                Plaintiff,

      v.

TRANSDEV ALTERNATIVE
SERVICES, INC.,

                Defendant.

Case No.  21-cv-10084-VC

**CORRECTED ORDER OF
DISMISSAL**

The Court was advised by the parties on November 18, 2022, that they reached a settlement. Dkt. No. 35. Therefore, this case is dismissed without prejudice. All deadlines and hearings in the case are vacated, and any pending motions are moot.

The parties retain the right to reopen this action within 90 days of this Order if the settlement is not consummated. If a request to reinstate the case is not filed and served on opposing counsel within 90 days, the dismissal will be with prejudice.

**IT IS SO ORDERED.**

Dated: November 29, 2022

_____
VINCE CHHABRIA
United States District Judge